IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

**MICHELLE TENZER-FUCHS, on behalf**          Case No.: 2:20cv3669
**of herself and all others similarly situated,**

              Plaintiff,

v.

**SUPERME, LLC dba Serenawilliams.com**

              Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

        IT IS HEREBY STIPULATED AND AGREED by and between the Parties through their

undersigned counsel that the above-captioned action is dismissed with prejudice pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Parties further stipulate that each party shall

bear its own attorneys' fees, costs, and expenses.

Dated: November 19, 2020

| | |
|---|---|
| /s/Jonathan Shalom | FOSTER GARVEY P.C. |
| Jonathan Shalom, Esq. | |
| 105-13 Metropolitan Avenue | |
| Forest Hills, New York 11375 | |
| Tel: (718) 971-9474 | By: _____ |
| Email: Jonathan@ShalomLawNY.com | David R. West, *Admitted Pro Hac Vice* |
| *Attorneys for Plaintiff* | 1111 Third Avenue, 30th Floor |
| | Seattle, WA 98101 |
| | Tel: (206) 447-4400 |
| | david.west@foster.com |
| | *Attorneys for Defendant* |

```
The Clerk of the Court shall          SO ORDERED
mark this case CLOSED.

                                      _/s/ JOANNA SEYBERT_____
Dated: November 20, 2020                   Joanna Seybert, U.S.D.J.
       Central Islip, New York
```

FG:11332548.1